

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00565-CR

John Anthony **SCHARRINGHAUSEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR2612
Honorable Velia J. Meza, Judge Presiding

Opinion by:    Beth Watkins, Justice

Sitting:        Irene Rios, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: June 28, 2023

MOTION TO WITHDRAW GRANTED; AFFIRMED

Appellant John Anthony Scharringhausen entered a plea of not guilty at the beginning of his murder trial. After the State rested, Scharringhausen changed his plea to no contest and the trial court found the evidence sufficient to substantiate the plea. The trial court sentenced Scharringhausen to a term of forty years' confinement. After sentencing, Scharringhausen filed a motion to withdraw his plea, which the trial court denied. Scharringhausen then filed a motion for new trial on the grounds that he was harmed by relying on his trial counsel's judgment in changing his plea.

Scharringhausen's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967). Counsel concludes that the appeal has no merit. Counsel provided Scharringhausen with a copy of the brief and informed him of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Scharringhausen did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. Appellate counsel's request to withdraw is granted. *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Scharringhausen wish to seek further review of this case by the Texas Court of Criminal Appeals, Scharringhausen must either retain an attorney to file a petition for discretionary review or Scharringhausen must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of: (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Beth Watkins, Justice

DO NOT PUBLISH